IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Nutrition, Inc. d/b/a The Nutrition Group,<br><br>     Plaintiff,<br><br> vs.<br><br>Sysco Columbia, LLC<br><br>     Defendant. | Civil Action No. 3:25-cv-6658-SAL<br><br>**SYSCO COLUMBIA, LLC'S ANSWER TO LOCAL RULE 26.1 INTERROGATORIES** |

Defendant Sysco Columbia, LLC ("Sysco") responds to the Local Rule 26.01 Interrogatories as follows:

**(A)** **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**ANSWER:** Sysco is unaware of any persons or legal entities who may have a subrogation interest in this matter.

**(B)** **As to each claim, state whether it should be tried jury or nonjury and why.**

**ANSWER:** Plaintiff brings one claim for breach of contract, which arises under a Master Services Agreement between Plaintiff and Sysco. Under Paragraph 8.8 of that Agreement "[e]ach party waives its right to jury trial with respect to any disputes, claims or controversies of any kind under this Agreement." Accordingly, Plaintiff's claim just not be tried before a jury.

**(C)** **State whether the party submitting these responses is a publicly owned company and separately identify:**

**(1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock;**

**(2) each publicly owned company of which it is a parent; and**

**(3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

ANSWER:  Sysco Columbia, LLC is a wholly owned subsidiary of Sysco USA, III.  Sysco USA III, LLC has two owners—Sysco Holdings, LLC and FreshPoint, Inc. Sysco Holdings, LLC is a holding company that owns 99% of Sysco USA III, LLC, and FreshPoint, Inc. owns the remaining 1%. Both Sysco Holdings, LLC and FreshPoint, Inc. are wholly owned subsidiaries of Sysco Corporation, which is a publicly held company listed on the New York Stock Exchange.

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

ANSWER:  Sysco does not challenge the appropriateness of the division in which this matter was filed.

**(E)     In this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

ANSWER:  Upon information and belief, this action is not related in whole or in part to any other matter in the U.S. District Court for the District of South Carolina.

**(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER:  Sysco is properly identified.

**(G)   If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER:  Sysco makes no such contention at this time.

**(H)   In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

ANSWER: Sysco is a limited liability company.  "For diversity purposes, the citizenship of limited liability companies is determined by the citizenship of its members." *Cent W. Va. Energy Co. v. Mountain State Carbon*, 636 F.3d 101, 103 (4th Cir. 2011).  The sole member of Sysco is Sysco USA III, LLC.  Sysco USA III, LLC has two members—FreshPoint, Inc. and Sysco Holdings, LLC.  FreshPoint, Inc. is a corporation formed under the laws of Delaware with its principal place of business in Texas, and is therefore a citizen of both Texas and Delaware. *See* 28 U.S. Code § 1332(c)(1). Sysco Holdings, LLC has a single member—Sysco Corporation. Sysco Corporation is incorporated under the laws of Delaware with its principal place of business in Texas, and is therefore a citizen of both Texas and Delaware. *See id.* Sysco is therefore a citizen of Texas and Delaware because its sole member, Sysco USA III, LLC, is a citizen of Texas and Delaware.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Soren K. Young*
    John F. Kuppens
    Federal Bar No. 5026
    E-Mail: john.kuppens@nelsonmullins.com
    Soren K. Young
    Federal Bar No. 14481
    E-Mail: soren.young@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Sysco Columbia, LLC*

Columbia, South Carolina

October 8, 2025